DIEGO LANA, Appellant, v. INTERNATIONAL HARVESTER COMPANY OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

PHILIP C. STONE, Appellant, v. HYMAN JACOBSON, Engaged in Business under the Assumed Name and Style of WILSON BROS., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

DOLOMITE PRODUCTS COMPANY, INC., Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24463.) — Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

CATHRYN G. HASKELL, as Executrix, etc., of EDWARD L. HASKELL, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24690.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 258 App. Div. 930.] Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

CHARLES R. COLEY, Respondent, v. FRANK L. COHEN, Appellant, and CITY OF BUFFALO and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

EUNICE V. TAYLOR, Appellant, v. T. WILKINSON RUSSELL, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

FREDERICK YACKEL, Respondent, v. MURIEL I. NYS, Defendant, and PAUL P. NYS, Appellant. JOANNE C. YACKEL, an Infant, by FREDERICK L. YACKEL, Her Guardian ad Litem, Respondent, v. PAUL P. NYS, Appellant, and MURIEL I. NYS, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.